IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.G., *et al* | : | CIVIL ACTION |
| v. | : | NO. 16-5456 |
| GREAT VALLEY SCHOOL DISTRICT | : | |

## ORDER

**AND NOW**, this 23rd day of May 2017, upon considering Plaintiffs' Motion for Judgment (ECF Doc. No. 12), Defendant's Response (ECF Doc. No. 14), Defendant's Motion for Judgment (ECF Doc. No. 14), Plaintiff's Response (ECF Doc. No. 15) and for reasons in the accompanying Memorandum, it is **ORDERED** the Motions (ECF Doc. No. 12, 14) are **GRANTED in part and DENIED in part**:

1. We **affirm** Hearing Officer Ford's detailed findings as to the school district's actions after June 12, 2013;

2. We **reverse and remand** for a specific fine grained analysis of each of Plaintiffs' claims before June 12, 2013;

3. Plaintiffs shall file a one-page status memorandum on the progress of resolution following the remand on **July 28, 2017** and every sixty (60) days thereafter until resolution or the Hearing Officer issues a new decision; and,

4. The Clerk of Court shall **close** this matter.

KEARNEY, J.